**WALLER**
**Heating & Air Conditioning**

405 N St. Augustine Road
Valdosta, GA 31601
Phone: 229-244-1200
Fax: 229-247-8568
GA LIC #CN007050

15046 US Hwy 19 South
Thomasville, GA 31757
Phone: 229-225-1200
Fax: 229-227-1202
FL LIC # CAC058168

# INVOICE

| DATE | INVOICE # | CUST # |
|---|---|---|
| 10/19/2010 | 1016-1466 | 0001466 |

**BILL TO:**
Raymond McCranie
749 Crosby Town Road
Quitman GA 31643

**LOCATION**
Raymond McCranie
749 Crosby Town Road
Quitman, GA 31643

| AMOUNT DUE | AMOUNT PAID |
|---|---|
| $6,890.00 | |

**DUE UPON RECEIPT**

| P.O. NUMBER | TERMS | SALES PERSON |
|---|---|---|
| | CHG | 0559 |

| PART | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|
| | LABOR AND MATERIAL TO FURNISH AND INSTALL 1 - 3.5 TON 15 SEER TRANE XL15i SPLIT SYSTEM HEAT PUMP COMPLETE WITH NEW DRAIN AND REFRIGERATION LINES, UNIT PAD, NECESSARY ELECTRICAL, TRANE PROGRAMMABLE THERMOSTAT AND 10 K.W. AUXILIARY ELECTRIC HEAT. | 6,890.00 | 6,890.00 |

**DUE UPON RECEIPT**

**TOTAL** $6,890.00