IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

IN RE:                             *
                                 *        CHAPTER 13
Raymond McCranie, Jr           *        CASE NO. 11-71546
Kimberly McCranie              *

**MOTION TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION**

COME NOW the Debtor(s) under the authority of Section 1329 of the Bankruptcy Codes and files this Modification of his/her/their Plan and respectfully shows:

1.

The Debtor(s) Chapter 13 Plan was confirmed on or about February 9, 2012. His/Her/Their current monthly chapter 13 payment is $719.00.

2.

The Debtor(s) propose(s) the following:

a)     To surrender the mortgage with Wells Fargo.

b)     To suspend all payments going to Wells Fargo for the mortgage arrears.

c)     To surrender the AC unit with Wells Fargo National Bank.

d)     To suspend all payments going to Wells Fargo National Bank.

3.

The Debtors monthly plan payment shall change to $540.00 monthly upon signed Order Confirming Modified Plan.

WHEREFORE, the Debtor(s) pray that this Motion be granted.

Respectfully submitted this 9th day of June 2015.

                                                             /s/ Orson Woodall
                                                             Orson Woodall
                                                              Attorney for Debtors

1003 N. Patterson St.
P.O. Box 3335
Valdosta, GA 31604-3335
(229) 247-1211
Georgia Bar No. 775040

## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

IN RE:                              *
                                    *          CHAPTER 13
Raymond McCranie, Jr.               *          CASE NO. 11-71546
Kimberly McCranie                   *

## NOTICE

The Debtor(s) in the above captioned case having filed a Motion for Modification After Confirmation with the Court.

<u>YOUR RIGHTS MAY BE AFFECTED.</u> YOU SHOULD READ THESES PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)

If you do not want the court to grant the Motion for Modification After Confirmation or if you want the Court to consider your views on the Motion for Modification After Confirmation, then you or your attorney must file with the Court a written request to the United States Bankruptcy Court for the Middle District of Georgia, P.O. Box 2147, Columbus, GA 31902, (706) 649-7837 for a hearing on or before July 6, 2015, and must serve a copy of said objection upon the attorney for the Debtor(s), and a copy upon the Trustee

If you mail your request to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

Any request for a hearing must also be mailed to the moving party and upon all other persons indicated on the certificate of service attached to this pleading.

If you or your Attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief.

If any objections are filed, a hearing will be held on July 29, 2015 at 8:30 a.m. in the U.S. Courthouse and Post Office Building, 401 N. Patterson Street Valdosta, GA 31601.

### CERTIFICATE OF SERVICE

I certify that I have, this 9th day of June, 2015, served a copy of the foregoing Motion and Notice on Kristin Hurst, Chapter 13 Trustee, P.O. Box 1907, Columbus, GA 31902-1907 via electronic notice, and on each and every creditor listed on the attached mailing matrix by depositing the same in the U.S. Mail in a properly addressed envelope with first class postage affixed thereon to insure delivery.

/s/ Orson Woodall
Orson Woodall, Attorney for Debtor

1003 N. Patterson St.
P.O. Box 3335
Valdosta, GA 31604-3335
(229) 247-1211
Georgia Bar No. 775040

```
Label Matrix for local noticing          Bank of America, N.A.                    Bank of America, N.A., Successor by Merger t
1136-7                                   Pendergast & Associates, P.C.            Pendergast & Associates, P.C.
Case 11-71546                            South Terraces, Suite 1000               115 Perimeter Center Place
Middle District of Georgia               115 Perimeter Center Place               Suite 1000
Valdosta                                 Atlanta, GA 30346-1281                   Atlanta, GA 30346-1281
Fri Jun  5 11:24:02 EDT 2015

Capital One, N.A.                        HSBC Bank Nevada, N.A.                   Recovery Management Systems Corporation
Bass & Associates, P.C.                  Bass & Associates, P.C.                  25 SE 2nd Avenue Suite 1120
3936 E. Ft. Lowell Rd, Suite #200        3936 E. Ft. Lowell Rd., Suite #200       Miami, FL 33131-1605
Tucson, AZ 85712-1083                    Tucson, AZ 85712-1083


U.S. Bank Trust, N.A.                    U.S. Trustee - MAC                       USAA Federal Savings Bank
c/o Caliber Home Loans, Inc.             440 Martin Luther King Jr. Boulevard     c/o Richard Maner
13801 Wireless Way                       Suite 302                                5775 Glenridge Drive
Oklahoma City, OK 73134-2500             Macon, GA 31201-7987                     Building C., Suite 100
                                                                                  Atlanta, GA 30328-5380


Wells Fargo Financial National Bank      World Omni Financial Corp., its Successors a   World Omni Financial Corporation
c/o Thomas F. Bohan                      c/o Weltman, Weinbert and Reise Co., LPA       Barrett Daffin Frappier
Post Office Box 26937                    323 W. Lakeside Avenue                         Levine & Block, LLC
Macon, GA 31221-6937                     Ste 200                                        780 Johnson Ferry Road
                                         Cleveland, OH 44113-1009                       Suite 240
                                                                                        Atlanta, GA 30342-1434

eCAST Settlement Corporation             7                                        Adel Dental Assts.
c/o Bass & Associates, P.C.              901 Front Avenue                         101 W. 5th Street
3936 E Ft. Lowell, Suite 200             P.O. Box 2147                            Adel, GA 31620-2610
TUCSON, AZ 85712-1083                    Columbus, GA 31902-2147



Bank of America                          Bank of America, N.A.                    Bank of America, N.A.
P.O. Box 650070                          Pendergast & Associates, PC              c/o Pendergast & Associates, P.C.
Dallas, TX 75265-0070                    115 Perimeter Center Pl., Ste 1000       115 Perimeter Center Place
                                         Atlanta, GA 30346-1281                   South Terraces, Suite 1000
                                                                                  Atlanta, GA 30346-1281


Bank of America, N.A., Successor by Merger t   Best Buy                           Brandi Nicole McCranie
P.O. Box 660933                          P.O. Box 5238                            749 Crosbytown Road
Dallas, TX 75266-0933                    Carol Stream, IL 60197-5238              Quitman, GA 31643-5746



Brandie McCranie                         Caliber Home Loans, Inc                  Caliber Home Loans, Inc.
749 Crosbytown Road                      P.O. Box 24330                           c/o BDFLB
Quitman, GA 31643-5746                   Oklahoma City, OK 73124-0330             15000 Surveyor Blvd., Ste. 100
                                                                                  Addison, TX 75001-4417



Capital One, N.A                         Capital One, N.A.                        Citizens Bank of Quitman
c/o Bass and Associates, P.C.            c/o Creditors Bankruptcy Service         P.O. Box 270
3936 E Ft. Lowell Rd., Suite 200         P.O. Box 740933                          Quitman, GA 31643-0270
Tucson, AZ 85712-1083                    Dallas, TX 75374-0933



Edith Weldon                             Home Depot                               Kohls/ Chase
P.O. Box 121                             P.O. Box 653000                          P.O. Box 3115
Dixie, GA 31629-0121                     Dallas, TX 75265-3000                    Milwaukee, WI 53201-3115
```

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Southeast Toyota Finance<br>P.O. Box 70831<br>Charlotte, NC 28272-0831 |
| Southeastern Federal Credit Union<br>P.O. Box 2067<br>Valdosta, GA 31604-2067 | U.S. Bank Trust, N.A.<br>c/o BDFLB<br>15000 Surveyor Blvd., Ste. 100<br>Addison, TX 75001-4417 | USAA<br>10750 McDermott Freeway<br>San Antonio, TX 78288-1600 |
| USAA<br>P. O. Box 829009<br>Dallas, Texas 75382-9009 | USAA FEDERAL SAVINGS BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | WORLD OMNI FINANCIAL CORP<br>PO BOX 991817<br>MOBILE, AL 36691-8817 |
| Wells Fargo Financial National Bank<br>4137 121st Street<br>Urbandale, IA 50323-2310 | Wells Fargo Visa<br>P.O. Box 660431<br>Dallas, TX 75266-0431 | World Omni Financial Corp,<br>It's Successors and Assigns.<br>C/o Weltman, Weinberg & Reis<br>525 Vine Street, Suite 800<br>Cincinnati, Ohio 45202-3122 |
| Kimberly P. McCranie<br>167 J.C. Abbott Road<br>Adel, GA 31620-8739 | Kristin Hurst<br>Office of the Chapter 13 Trustee<br>P.O. Box 1907<br>Columbus, GA 31902-1907 | Raymond E. McCranie Jr.<br>167 J.C. Abbott Road<br>Adel, GA 31620-8739 |
| William O. Woodall Jr.<br>Woodall and Woodall<br>P.O. Box 3335<br>1003 Patterson Street<br>Valdosta, GA 31601-3918 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
c/o Thd Consumer
PO Box 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Caliber Home Loans, Inc. | (u)U.S. Bank Trust, N.A. | (d)HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 |

(d)eCAST Settlement Corporation
c/o Bass & Associates, P.C.
3936 E Ft. Lowell, Suite 200
Tucson, AZ 85712-1083

End of Label Matrix
Mailable recipients    45
Bypassed recipients     4
Total                  49